Form plncf13 − ntccnfpln13v27

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21719−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
    Amanda M Dugan
    aka Amanda Marie Dugan
    6842 Highland Avenue
    Pennsauken, NJ 08110

Social Security No.:
    xxx−xx−8156

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 19, 2026.

Dated: March 19, 2026
JAN: cmf

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                    Case No. 25-21719-JNP

Amanda M Dugan                                                                  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1                              User: admin                                        Page 1 of 4

Date Rcvd: Mar 19, 2026                       Form ID: plncf13                            Total Noticed: 38

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 21, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Amanda M Dugan, 6842 Highland Avenue, Pennsauken, NJ 08110-6212 |
| 520870680 | + | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520870682 | + | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520870688 | + | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520870691 | + | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520870702 | | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- | --- |
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 19 2026 21:32:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 19 2026 21:32:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520870681 | | Email/PDF: AffirmBKNotifications@resurgent.com | Mar 19 2026 21:39:47 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520870683 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 19 2026 21:30:00 | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520870685 | | Email/Text: bankruptcy@sw-credit.com | Mar 19 2026 21:32:00 | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520904912 | | Email/Text: ebnnotifications@creditacceptance.com | Mar 19 2026 21:30:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield MI 48034 |
| 520870684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Mar 19 2026 21:39:10 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520880460 | + | Email/PDF: ebn_ais@aisinfo.com | Mar 19 2026 21:39:18 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870686 | | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2026 21:32:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520870687 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2026 21:31:00 | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520943041 | + | Email/Text: nsm_bk_notices@mrcooper.com | Mar 19 2026 21:31:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520870689 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Mar 19 2026 21:31:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake |

District/off: 0312-1        User: admin        Page 2 of 4

Date Rcvd: Mar 19, 2026        Form ID: plncf13        Total Noticed: 38

|  |  |  |  |
|---|---|---|---|
|  |  |  | Zurich, IL 60047-8944 |
| 520870690 | Email/Text: bankruptcy_notifications@ccsusa.com | Mar 19 2026 21:32:00 | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520927974 | Email/Text: JCAP_BNC_Notices@jcap.com | Mar 19 2026 21:32:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520870696 | Email/Text: compliance@thelandmarkcorp.com | Mar 19 2026 21:30:00 | Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520936919 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:50:16 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520870692 | + Email/Text: BKNotice@ldvlaw.com | Mar 19 2026 21:31:00 | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520870693 | Email/Text: bankruptcy@marinerfinance.com | Mar 19 2026 21:31:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520898726 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Mar 19 2026 21:30:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520881061 | + Email/Text: ecfbnc@aldridgepite.com | Mar 19 2026 21:31:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520870695 | Email/Text: signed.order@pfwattorneys.com | Mar 19 2026 21:30:00 | Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520870694 | + Email/Text: bankruptcynotices@pollackrosen.com | Mar 19 2026 21:30:00 | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520870697 | Email/Text: bankruptcy@sw-credit.com | Mar 19 2026 21:32:00 | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520943889 | Email/Text: bankruptcy@tfifinance.com | Mar 19 2026 21:31:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520870698 | + Email/Text: ClericalSupport@tenagliahunt.com | Mar 19 2026 21:31:00 | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520873114 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 19 2026 21:39:39 | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278 |
| 520890038 | Email/PDF: OGCRegionIIBankruptcy@hud.gov | Mar 19 2026 21:39:39 | US Department of Housing and Urban Dev., 26 Federal Plaza Ste 3541, New York, NY 10278 |
| 520870699 | ^ MEBN | Mar 19 2026 21:28:28 | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520870700 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Mar 19 2026 21:30:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520935553 | + Email/PDF: ebn_ais@aisinfo.com | Mar 19 2026 21:39:18 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870701 | Email/PDF: resurgentbknotifications@resurgent.com | Mar 19 2026 21:39:45 | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520943133 | ^ MEBN | Mar 19 2026 21:29:19 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 32

District/off: 0312-1                         User: admin                              Page 3 of 4
Date Rcvd: Mar 19, 2026                      Form ID: plncf13                        Total Noticed: 38

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520890018 | *+ | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520890019 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520890020 | *+ | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520890021 | * | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520890023 | * | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890022 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520890024 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890025 | *+ | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520890027 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake Zurich, IL 60047-8944 |
| 520890026 | *+ | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520890028 | * | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890029 | *+ | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520890034 | *P++ | LANDMARK STRATEGY GROUP LLC, ATTN COLLEEN KIMBLE, 455 CENTER RD, WEST SENECA NY 14224-2100, address filed with court:, Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520890030 | *+ | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520890031 | * | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520890033 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520890032 | *+ | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520890035 | * | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890036 | *+ | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520890037 | * | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520890039 | * | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520890040 | * | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520890041 | * | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 21, 2026                 Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 19, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |

District/off: 0312-1                                        User: admin                                                    Page 4 of 4
Date Rcvd: Mar 19, 2026                                Form ID: plncf13                                        Total Noticed: 38

Denise E. Carlon

on behalf of Creditor CrossCountry Mortgage  LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Jeanie D. Wiesner

on behalf of Debtor Amanda M Dugan jeanie@sadeklaw.com
brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5