### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF NEW JERSEY
### CAMDEN DIVISION

IN RE:                                                          Case No. 25-21719-JNP
                                                               Chapter 13

Amanda M. Dugan aka Amanda Marie Dugan

Debtor(s).

### <u>NOTICE OF APPEARANCE</u>

**CrossCountry Mortgage, LLC**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire**
**Stern & Eisenberg, PC**
**1581 Main Street, Ste. 200**
**The Shops at Valley Square**
**Warrington, PA 18976**

By:   /s/ Steven K. Eisenberg
       Steven K. Eisenberg, Esquire
       Bar No: 009221995
       Stern & Eisenberg, PC
       1581 Main Street, Ste. 200
       The Shops at Valley Square
       Warrington, PA 18976
       Phone: 215-572-8111
       Fax: 215-572-5025
       seisenberg@sterneisenberg.com
       Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 2nd day of April, 2026, to the following:

Jeanie D. Wiesner
Sadek & Cooper
1500 JFK Blvd.
Ste 220
Philadelphia, PA 19102
jeanie@sadeklaw.com
*Attorney for Debtor(s)*

Andrew B Finberg
Office of the Chapter 13 Standing Trustee
535 Route 38
Suite 580
Cherry Hill, NJ 08002
ecfmail@standingtrustee.com
*Chapter 13 Trustee*

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
*U.S. Trustee*

and by standard first class mail postage prepaid to:

Amanda M. Dugan aka Amanda Marie Dugan
6842 Highland Avenue
Pennsauken, NJ 08110

*Debtor(s)*

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire