UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Steven Kelly, ESQ.
COUNSEL FOR MOVANT
skelly@sterneisenberg.com
Stern & Eisenberg, PC
1120 Rt. 73
Suite 400
Mt. Laurel, NJ 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456

In Re:
Amanda M. Dugan aka Amanda Marie Dugan

      Debtor(s)

Case Number: 25-21719-JNP

Chapter: 13

Hearing Date: May 5, 2026

Judge: Jerrold N. Poslusny, Jr.

**STATUS CHANGE FORM**

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

      [**X**] Settled       [  ] Withdrawn

Matter: **Motion for Relief from the Automatic Stay filed by CrossCountry Mortgage, LLC on April 9, 2026 [Docket Entry No. 32]**

| Date: May 4, 2026 | /s/Steven Kelly, Esq.<br>Steven Kelly, Esq. |
|---|---|