UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: CrossCountry Mortgage, LLC

In Re:
Amanda M. Dugan aka Amanda Marie Dugan

      Debtor

**Order Filed on June 2, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case Number: 25-21719-JNP

Judge: Jerrold N. Poslusny, Jr.

Hearing Date(s): May 5, 2026

Chapter: 13

| Recommended Local Form | ☐ Followed | ☒ Modified |
|---|---|---|

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

**DATED: June 2, 2026**

_____
Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Applicant:                              CrossCountry Mortgage, LLC

Applicant's Counsel:                    Steven Kelly

Debtor's Counsel:                       Jeanie D. Wiesner

Property Involved ("Collateral"):       6842 Highland Ave, Pennsauken, NJ 08110

Relief sought:          ☒  Motion for relief from the automatic stay

                        ☐  Motion to dismiss

                        ☐  Motion for prospective relief to prevent imposition of automatic stay
against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the

following conditions:

1. Status of post-petition arrearages:
   ☒  The Debtor is overdue for 6 months, from 12/01/2025 to 05/01/2026.

   ☒  The Debtor is overdue for 6 payments at $1,744.27 per month.

   ☐  The Debtor is assessed for ___ late charges at $_____ per month.

   ☐  Applicant acknowledges receipt of funds in the amount of $_____ received after the
   motion was filed.

   Total Arrearages Due  $10,465.62.

2. Debtor must cure all post-petition arrearages, as follows:

   ☐  Immediate payment shall be made in the amount of $_____ received. Payment shall be

made no later than _____.

☒ Beginning on June 1, 2026 , regular monthly mortgage payments shall continue to be made in the amount of $1,744.27 or as adjusted by any timely filed Notice of Mortgage Payment Change in accordance with Fed. R. Bankr. P. 3002.1(b).

☐ Beginning on _____, additional monthly cure payments shall be made in the amount of $_____ for _____ months.

☒ The amount of $10,465.62 shall be capitalized in the debtor's Chapter 13 plan.  Debtor shall file a Modified Chapter 13 Plan, if required, within fourteen (14) days of this Order to provide for payment of the amounts due listed herein.  Moreover, Debtor shall file, if required, an Amended Schedule I and Schedule J within fourteen (14) days of this Order to demonstrate feasibility.  The parties hereby authorize the Chapter 13 Standing Trustee to make distributions under this Agreed Order from funds received.

3. Payments to the Secured Creditor shall be made to the following address(es):

☐ Immediate payment: _____

☒ Regular monthly payment:

c/o Nationstar Mortgage LLC
Attn: Bankruptcy Dept
PO Box 619094
Dallas, TX 75261-9741

☐ Monthly cure payment: _____

4. In the event of Default:

☒ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the

3

Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☒  If the bankruptcy case is dismissed, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5.  Award of Attorneys' Fees:

☒  The Applicant is awarded attorney's fees of $675.00, and costs of $199.00.

The fees and costs are payable:

☒  through the Chapter 13 plan.

☐  to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

 /s/ Jeanie D. Wiesner
Jeanie D. Wiesner, Esquire
Counsel for Debtor

 /s/ Steven Kelly
Steven Kelly, Esquire
STERN & EISENBERG, PC
Attorney for Movant

*Rev.8/1/15*