Form 185 − ntc13plnafter

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−21719−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Amanda M Dugan
   aka Amanda Marie Dugan
   6842 Highland Avenue
   Pennsauken, NJ 08110

Social Security No.:
   xxx−xx−8156

Employer's Tax I.D. No.:

## NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
## AND NOTICE OF HEARING THEREON

Notice is hereby given that a Plan was confirmed in this matter on March 19, 2026.

On June 27, 2026 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Jerrold N. Poslusny Jr. on:

Date:                August 5, 2026
Time:                 09:00 AM
Location:              4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

Accordingly, notice is hereby given that,

1.   Seven (7) days prior to the confirmation hearing is fixed as the last day for filing
     a written rejection to the modified plan.

2.   Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder
     of a secure claim, such holders acceptance or rejection of the Plan before modification will
     be deemed acceptance or rejection of the Plan as modified, unless the holder changes such
     holders acceptance or rejection of the Plan within the time fixed.

3.   **If, at the confirmation hearing, the Court determines that the plan is not confirmable,
     the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: June 29, 2026
JAN: eag

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-21719-JNP |
| Amanda M Dugan | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 4 |
| Date Rcvd: Jun 29, 2026 | Form ID: 185 | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda M Dugan, 6842 Highland Avenue, Pennsauken, NJ 08110-6212 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520870680 | + | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520870682 | + | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520870688 | + | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520870691 | + | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520870692 | + | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520873114 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520890038 | + | US Department of Housing and Urban Dev., 26 Federal Plaza Ste 3541, New York, NY 10278-0004 |
| 520870702 | | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 29 2026 21:25:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 29 2026 21:25:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520870681 | | Email/PDF: AffirmBKNotifications@resurgent.com | Jun 29 2026 21:30:11 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520870683 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2026 21:24:00 | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520870685 | | Email/Text: bankruptcy@sw-credit.com | Jun 29 2026 21:25:00 | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520904912 | | Email/Text: ebnnotifications@creditacceptance.com | Jun 29 2026 21:24:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield MI 48034 |
| 520870684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 29 2026 21:30:04 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520880460 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 29 2026 21:30:10 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870686 | | Email/Text: bankruptcy_notifications@ccsusa.com | Jun 29 2026 21:26:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520870687 | + | Email/Text: nsm_bk_notices@mrcooper.com | Jun 29 2026 21:24:00 | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |

| District/off: 0312-1 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 29, 2026 | Form ID: 185 | Total Noticed: 39 |

| | | | | |
|---|---|---|---|---|
| 520943041 | + Email/Text: nsm_bk_notices@mrcooper.com | | Jun 29 2026 21:24:00 | CrossCountry Mortgage, LLC, C/O Nationstar Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520870689 | Email/Text: BKCourtNotices@yourmortgageonline.com | | Jun 29 2026 21:24:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake Zurich, IL 60047-8944 |
| 520870690 | Email/Text: bankruptcy_notifications@ccsusa.com | | Jun 29 2026 21:26:00 | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520927974 | Email/Text: JCAP_BNC_Notices@jcap.com | | Jun 29 2026 21:25:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520870696 | Email/Text: compliance@thelandmarkcorp.com | | Jun 29 2026 21:24:00 | Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520936919 | Email/PDF: resurgentbknotifications@resurgent.com | | Jun 29 2026 21:30:10 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520870693 | Email/Text: bankruptcy@marinerfinance.com | | Jun 29 2026 21:24:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520898726 | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | | Jun 29 2026 21:24:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520881061 | + Email/Text: ecfbnc@aldridgepite.com | | Jun 29 2026 21:24:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520870695 | + Email/Text: signed.order@pfwattorneys.com | | Jun 29 2026 21:24:00 | Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520870694 | + Email/Text: bankruptcynotices@pollackrosen.com | | Jun 29 2026 21:24:00 | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520870697 | Email/Text: bankruptcy@sw-credit.com | | Jun 29 2026 21:25:00 | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520943889 | Email/Text: bankruptcy@tfifinance.com | | Jun 29 2026 21:25:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520870698 | + Email/Text: ClericalSupport@tenagliahunt.com | | Jun 29 2026 21:24:00 | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520870699 | ^ MEBN | | Jun 29 2026 21:20:10 | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520870700 | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | Jun 29 2026 21:23:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520935553 | + Email/PDF: ebn_ais@aisinfo.com | | Jun 29 2026 21:30:22 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870701 | Email/PDF: resurgentbknotifications@resurgent.com | | Jun 29 2026 21:30:09 | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520943133 | ^ MEBN | | Jun 29 2026 21:20:31 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520890018 | *+ | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520890019 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520890020 | *+ | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520890021 | * | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520890023 | * | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890022 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520890024 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890025 | *+ | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520890027 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake Zurich, IL 60047-8944 |
| 520890026 | *+ | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520890028 | * | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890029 | *+ | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520890034 | *P++ | LANDMARK STRATEGY GROUP LLC, ATTN COLLEEN KIMBLE, 455 CENTER RD, WEST SENECA NY 14224-2100, address filed with court:, Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520890030 | *+ | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520890031 | * | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520890033 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520890032 | *+ | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520890035 | * | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890036 | *+ | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520890037 | * | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520890039 | * | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520890040 | * | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520890041 | * | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2026    Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 29, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Jeanie D. Wiesner | on behalf of Debtor Amanda M Dugan jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | |

District/off: 0312-1                          User: admin                                Page 4 of 4

Date Rcvd: Jun 29, 2026                       Form ID: 185                               Total Noticed: 39

                on behalf of Creditor CrossCountry Mortgage  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg

                on behalf of Creditor CrossCountry Mortgage  LLC bkecf@sterneisenberg.com,
                jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

                on behalf of Creditor CrossCountry Mortgage  LLC skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

                USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 7