Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 25−21719−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Amanda M Dugan
aka Amanda Marie Dugan
6842 Highland Avenue
Pennsauken, NJ 08110

Social Security No.:
xxx−xx−8156

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on September 21, 2026.

Dated: September 21, 2026
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:
Amanda M Dugan
Debtor

Case No. 25-21719-JNP
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 4

Date Rcvd: Sep 21, 2026 Form ID: plncf13 Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 23, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda M Dugan, 6842 Highland Avenue, Pennsauken, NJ 08110-6212 |
| cr | + | CrossCountry Mortgage, LLC, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520870680 | + | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520870682 | + | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520870688 | + | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520870691 | + | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520873114 | + | U.S. Department of Housing and Urban Development, 26 Federal Plaza, Suite 3541, New York, NY 10278-0004 |
| 520890038 | + | US Department of Housing and Urban Dev., 26 Federal Plaza Ste 3541, New York, NY 10278-0004 |
| 520870702 | | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Sep 21 2026 22:04:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 21 2026 22:04:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520870681 | | Email/PDF: AffirmBKNotifications@resurgent.com | Sep 21 2026 22:05:59 | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520870683 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2026 22:02:00 | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520870685 | | Email/Text: bankruptcy@sw-credit.com | Sep 21 2026 22:04:00 | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520904912 | | Email/Text: ebnnotifications@creditacceptance.com | Sep 21 2026 22:02:00 | Credit Acceptance, 25505 West 12 Mile Road, Southfield MI 48034 |
| 520870684 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 21 2026 22:06:07 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520880460 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2026 22:05:59 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870686 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 21 2026 22:04:00 | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520870687 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2026 22:03:00 | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520943041 | + | Email/Text: nsm_bk_notices@mrcooper.com | Sep 21 2026 22:03:00 | CrossCountry Mortgage, LLC, C/O Nationstar |

| | | | | |
|---|---|---|---|---|
| | | | | Mortgage LLC, Attn: Bankruptcy Dept, PO Box 619096, Dallas TX 75261-9096 |
| 520870689 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Sep 21 2026 22:03:00 | Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake Zurich, IL 60047-8944 |
| 520870690 | | Email/Text: bankruptcy_notifications@ccsusa.com | Sep 21 2026 22:04:00 | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520927974 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 21 2026 22:04:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 520870696 | | Email/Text: compliance@thelandmarkcorp.com | Sep 21 2026 22:02:00 | Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520936919 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 22:06:10 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520870692 | + | Email/Text: BKNotice@ldvlaw.com | Sep 21 2026 22:03:00 | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520870693 | | Email/Text: bankruptcy@marinerfinance.com | Sep 21 2026 22:03:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520898726 | | Email/Text: DL-NJEZPASS-Bankruptcies@conduent.com | Sep 21 2026 22:03:00 | New Jersey Turnpike Authority, Ramon de la Cruz, NJ Turnpike Authority, 1 Turnpike Plaza, P.O Box 5042, Woodbridge, NJ 07095 |
| 520881061 | + | Email/Text: ecfbnc@aldridgepite.com | Sep 21 2026 22:03:00 | Nationstar Mortgage, LLC, Attn Asaph Abrams, ALDRIDGE PITE, LLP, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520870695 | | Email/Text: signed.order@pfwattorneys.com | Sep 21 2026 22:03:00 | Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520870694 | + | Email/Text: bankruptcynotices@pollackrosen.com | Sep 21 2026 22:02:00 | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520870697 | | Email/Text: bankruptcy@sw-credit.com | Sep 21 2026 22:04:00 | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520943889 | | Email/Text: bankruptcy@tfifinance.com | Sep 21 2026 22:04:00 | TFI Group LLC, PO Box 1168, Hamburg, NY 14075 |
| 520870698 | + | Email/Text: ClericalSupport@tenagliahunt.com | Sep 21 2026 22:03:00 | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520870699 | ^ | MEBN | Sep 21 2026 21:56:36 | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520870700 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 21 2026 22:02:00 | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520935553 | + | Email/PDF: ebn_ais@aisinfo.com | Sep 21 2026 22:06:10 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520870701 | | Email/PDF: resurgentbknotifications@resurgent.com | Sep 21 2026 22:05:58 | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520943133 | ^ | MEBN | Sep 21 2026 21:57:39 | Westlake Services, LLC dba Westlake Financial Serv, 4751 Wilshire Blvd, Suite 100, Los Angeles, CA 90010-3847 |

TOTAL: 30

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520890018 | *+ | Advantage Auto Finance, Inc., 59 Crescent Blvd, Gloucester City, NJ 08030-1312 |
| 520890019 | * | Affirm, Inc., Attn: Bankruptcy, 650 California St Fl 12, San Francisco, CA 94108-2716 |
| 520890020 | *+ | Albertelli Law, Attn: Michael Milstead, Esq., 14000 Commerce Parkway, Suite H, Mount Laurel, NJ 08054-2242 |
| 520890021 | * | C & S Auto Enterprises Inc, Attn: Bankruptcy, c/o Credit Acceptance Corporation, 25505 W 12 Mile Rd Ste 3000, Southfield, MI 48034-8331 |
| 520890023 | * | COMCAST, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890022 | * | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 520890024 | * | Credit Collection Services, Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890025 | *+ | CrossCountry Mortgage, LLC, Attn: Bankruptcy, P.O. Box 619094, Dallas, TX 75261-9094 |
| 520890027 | *P++ | DOVENMUEHLE MORTGAGE, 1 CORPORATE DRIVE SUITE 360, LAKE ZURICH IL 60047-8945, address filed with court:, Dovenmuehle Mortgage, Inc, Attn: Bankruptcy Mailstop 1290,, 1 Corporate Dr # ST 360, Lake Zurich, IL 60047-8944 |
| 520890026 | *+ | Damon K Lacey, Court Officer, Camden County Special Civil Part, Superi, 101 S 5th Street, Camden, NJ 08103-4099 |
| 520890028 | * | Geico Indemnity Co., Attn: Bankruptcy, 725 Canton St, Norwood, MA 02062-2679 |
| 520890029 | *+ | Kenneth J McClelland, Court Officer, Mercer County Special Civil Part, Superi, 175 South Broad Street, 1st Floor P.O. B, Trenton, NJ 08608-2401 |
| 520890034 | *P++ | LANDMARK STRATEGY GROUP LLC, ATTN COLLEEN KIMBLE, 455 CENTER RD, WEST SENECA NY 14224-2100, address filed with court:, Purchasing Power, Attn: Bankruptcy, c/o Landmark Strategy Group, LLC, 1902 Ridge Road, suite 156, West Seneca, NY 14224 |
| 520890030 | *+ | Lyons, Doughty & Veldhuis, P.C., Attn: Sarah M. Bachner, Esq., 5 Greentree Centre, 525 Rt. 73 North, Suite 400 P.O. Box 987, Marlton, NJ 08053-0987 |
| 520890031 | * | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Dr, Nottingham, MD 21236-5904 |
| 520890033 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-0245, address filed with court:, Pressler Felt & Warshaw, LLP, Attn: Christopher P. Odogbili, Esq., 7 Entin Road, Parsippany, NJ 07054 |
| 520890032 | *+ | Pollack & Rosen, PA, Attn: Lisa Schulman DeSantis, Esq., 806 Douglas Road Suite 200, Coral Gables, FL 33134-2082 |
| 520890035 | * | Swc Group, 4120 International Pkwy, 100, Carrollton, TX 75007-1957 |
| 520890036 | *+ | Tenaglia & Hunt, P.A., Attn: Steven C. Boc, Esq., 395 West Passaic Street Suite 405, Rochelle Park, NJ 07662-3016 |
| 520890037 | * | United Acceptance, Inc., Attn: Bankruptcy, PO Box 926, Morrow, GA 30260-0926 |
| 520890039 | * | Verizon, Verizon Wireless Bk Admin, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| 520890040 | * | WebBank/Avant, Attn: Bankruptcy, c/o LVNV Funding LLC/Resurgent Capital S, PO Box 1269, Greenville, SC 29602-1269 |
| 520890041 | * | Westlake Svcs LLC dba Westlake Financial, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |

TOTAL: 0 Undeliverable, 23 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 23, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 21, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |

| | |
|---|---|
| Jeanie D. Wiesner | on behalf of Debtor Amanda M Dugan jeanie@sadeklaw.com brad@sadeklaw.com;service@sadeklaw.com;ginna@sadeklaw.com;Wiesner.JeanieB140679@notify.bestcase.com |
| Matthew K. Fissel | on behalf of Creditor CrossCountry Mortgage LLC bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor CrossCountry Mortgage LLC bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor CrossCountry Mortgage LLC skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7